**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile: (602) 258-6003

Stuart B. Rodgers-025720
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli - 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Robert A. MacKenzie, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KARI L. KONTOR,<br><br>Debtor.<br><br>ROBERT A. MACKENZIE, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGECREST ACCEPTANCE CORPORATION, an Arizona corporation; BLACK CORPORATIONS I through X; and WHITE LIMITED LIABILITY COMPANIES I though X,<br><br>Defendant. | (Chapter 7 Case)<br><br>Case No. 2:22-bk-03856-PS<br><br>*Adv. No.*<br><br>**COMPLAINT**<br><br>**Count 1: 11 U.S.C. §§ 544(a), 550, and 551** |

Robert A. MacKenzie, Chapter 7 Trustee and Plaintiff herein ("**Plaintiff**"), by and through his attorneys undersigned, for his Complaint against Bridgecrest Acceptance Corporation, Black Corporations I through X, and White Limited Liability Companies, I through X (collectively, "**Defendant**"), respectfully alleges as follows:

## PARTIES

1. This case was commenced by a voluntarily Petition filed Kari I. Kontor ("**Debtor**") under Chapter 7 of Title 11 of the United States Code on June 15, 2022 ("**Petition Date**").

2. Plaintiff is the duly appointed and acting Trustee of the Chapter 7 administrative case referenced above.

3. Upon information and belief, Bridgecrest Acceptance Corporation is an Arizona corporation doing business in the State of Arizona.

4. Black Corporations I through X and White Limited Liability Companies I through X are fictitious names of individuals or legal entities who may also be liable to Plaintiff for the relief prayed for herein and when those entities are identified, Plaintiff will amend the Complaint and serve alias summonses on said parties.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b).

6. Pursuant to Federal Rule of Bankruptcy Procedure 7001, a proceeding to recover money or property or determine the validity, priority, or extent of a lien is governed by Part VII of the Federal Rules of Bankruptcy Procedure.

7. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A) and (K).

8. Venue is proper before this Court pursuant to 28 U.S.C. § 1409.

9. Plaintiff consents to the jurisdiction of this Court pursuant to Fed.R.Bankr.P. 7008.

10. Plaintiff is permitted to commence this adversary proceeding on behalf of the Estate pursuant to Federal Rule of Bankruptcy Procedure 6009.

11. All acts giving rise to the cause of action in this Complaint occurred or caused events to occur in the State of Arizona.

12. All events complained of herein occurred in this District.

## GENERAL ALLEGATIONS

13. Plaintiff hereby repeats, reiterates, and realleges all of the foregoing allegations as if more fully set forth herein.

14. Upon information and belief, prior to the commencement of this case and on March 6, 2022, Debtor purchased a 2017 Nissan Rogue Sport, VIN JN1BJ1CP5HW029512 ("**Vehicle**") and obtained financing through Defendant. (2:22-bk-03856-PS; DE 11, pg. 11).

15. Upon information and belief, Debtor took possession of the Vehicle on or around March 6, 2022. (2:22-bk-03856-PS; DE 11, pg. 11).

16. The Debtor obtained insurance for the Vehicle effective on March 26, 2022. (Ex. A).

17. Upon information and belief, the Debtor registered the Vehicle on or around March 26, 2022.

18. Upon information and belief, the Debtor borrowed funds from Defendant to finance her purchase of the Vehicle.

19. Upon information and belief, in March of 2022, although Debtor granted a lien to Defendant, the Defendant failed to submit the Title Registration Application and perfect its lien.

20. Pursuant to the Uncertified Arizona Motor Vehicle Records dated June 5, 2022 and August 22, 2022, Defendant failed to perfect its lien by noting it on the title. (Ex. B).

21. As of August 22, 2022, Defendant had not perfected its lien as no lien is evidenced on the title for the Vehicle. (Ex. B).

22. Any lien perfection attempt by Defendant at this point in time would be more than thirty (30) days after the date the Debtor took possession of the Vehicle and would be a stay violation pursuant to 11 U.S.C. § 362.

23. According to Debtor's Reaffirmation Agreement, the amount of the lien as of the Petition Date was $17,600.94. (2:22-bk-03856-PS; DE 11, pg. 4).

24. Pursuant to the Debtor's Schedule A/B, the Debtor valued the Vehicle in the amount of $16,822.00. (2:22-bk-03856-PS; DE 1, pg. 19).

25. According to Kelly Blue Book, the private party median value of the Vehicle is $14,707.00. (Ex. C).

## COUNT I

**DEFENDANT'S UNPERFECTED LIEN IS AVOIDABLE – 11 U.S.C. §§ 544(a), 550, and 551**

26. Plaintiff hereby repeats, reiterates, and realleges all of the foregoing allegations as if more fully set forth herein.

27. Upon information and belief, Defendant held an unperfected lien against the Vehicle as of the Petition Date.

28. Pursuant to 11 U.S.C. § 544(a), a Trustee may avoid any unperfected liens on Estate property.

29. Pursuant to 11 U.S.C. § 544(a) the Trustee may avoid the lien on the Vehicle. *In re Davis*, 2009 WL 1033194 (Bkrtcy.E.D.Tex 2009) (finding that "[t]he apparent 30–day grace periods provided by Code §§ 547(c)(3) and 547(e)(2) are traps for the unwary. If the lien is not perfected within 20 days in order to obtain the relation-back effect provided by the Uniform Commercial Code for purchase money security interests, there is still a risk the lien might be avoidable if the purchaser files bankruptcy between the 20th and the 30th day and before the lien is perfected. A bankruptcy filing in that time period and while the lien is unperfected would give the trustee the rights of a lien creditor as of the date of filing, pursuant to Code § 544(a)(1). The trustee's hypothetical lien creditor status would be superior to the security interest that is perfected after 20 days, despite the 30–day protection provided against preference avoidance"); *In re Moore*, 2006 WL 3064781 (Bkrtcy.D.Ariz 2006) (holding that where GMC perfected its lien on the Debtor's vehicle post-petition on a pre-petition loan, the Trustee's appropriate remedy is avoidance under Section 544(a) as a hypothetical lien creditor).

30. Pursuant to 11 U.S.C. § 550, the Trustee is entitled to avoid the lien or entitled to the value thereof.

31. Pursuant to 11 U.S.C. § 551, upon avoidance of the lien under 11 U.S.C. § 544(a), the lien on the Vehicle is preserved for the benefit of the Estate.

32. Pursuant to 11 U.S.C. § 522(g)(1)(A), the Estate's interest in the avoided lien is superior to the Debtor's claim of exemption. *In re Strasser*, 303 B.R. 841 (Bnkrtcy.D.Ariz., 2004); *In re Hicks*, 342 B.R. 596 (Bankrtcy.W.D.Mo 2006).

33. On information and belief, Debtor has made payments on the avoidable lien since the Petition Date (June 15, 2022 through September 6, 2022).

34. On information and belief, four post-petition payments have come due since the Petition Date, and on further information and belief, the monthly payments are $242.93 (bi-weekly), for an estimated total due from Defendant in the amount of $2,098.92 ("**Post-Petition Payments**").

35. On information and belief, all Post-Petition Payments were made in connection with the avoidable lien which is preserved for the benefit of the Estate and therefore, all such Post-Petition Payments are property of the Estate pursuant to 11 U.S.C. § 541 and must be turned over to Plaintiff by Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Avoiding the Defendant's lien pursuant to 11 U.S.C. § 544(a), determining that the avoided lien is property of the Estate pursuant to 11 U.S.C. § 550 and preserving the lien for the benefit of the Estate pursuant to 11 U.S.C. § 551;

B. For an order of this Court directing that the Estate is entitled to the proceeds from the sale of the Vehicle free and clear of any interest asserted by Defendant and/or its assignees, successors, predecessors or representatives, the net sales proceeds to be credited against the amounts owed by Defendant;

C. Finding that if the Trustee is unable to recover the value of the lien from the repossession and sale of the Vehicle, that he is entitled to recover the remaining balance of the amounts owing under the avoided the lien directly from Defendant;

D. Avoiding the Post-Petition Payments in an amount of not less than $2,098.92, determining that the Post-Petition Payments are property of the Estate, and

directing Defendant to remit the Post-Petition Payments to the Trustee immediately;

E. Authorizing the Trustee to execute any and all documentation necessary, including a release of lien, to affect the transfer of 2017 Nissan Rogue Sport, VIN JN1BJ1CP5HW029512 free and clear of the avoided lien after payment has been received;

F. For interest on said sum from and after the date of judgment, until paid at the highest rate allowed by law;

G. For Plaintiff's reasonable attorneys' fees and costs, in an amount of not less than $500.00 in the event of default; and

H. For such other and further relief as this Court deems just and proper.

DATED: September 7, 2022.

**LANE & NACH, P.C.**

By: */s/ Helen K. Santilli*
    Stuart B. Rodgers
    Helen K. Santilli
    *Attorneys for Trustee*

# EXHIBIT "A"



**Important Information**
Here are your Policy Identification Cards
We've provided two (2) cards for each vehicle on your policy.

**Need additional ID cards?**

The GEICO Mobile app is the quickest way to get additional ID cards. You can also send a copy of your ID cards to anyone that needs them right from the app!

If your address changes, update it using the app or log in to geico.com. By keeping your information up-to-date, you'll continue to receive important policy documents.

KARI KONTOR
18440 N 68TH ST APT 4054
PHOENIX AZ  85054-9154

Cut Along the Dotted Line                                                         Cut Along the Dotted Line

| Arizona Insurance Identification Card | | | Arizona Insurance Identification Card | | |
|---|---|---|---|---|---|
| GEICO Secure Insurance   ADOT Code: 1468 Company | | | GEICO Secure Insurance   ADOT Code: 1468 Company | | |
| P.O. Box 509090 - San Diego, CA 92150-9090 | | | P.O. Box 509090 - San Diego, CA 92150-9090 | | |
| 1-800-841-3000 | | | 1-800-841-3000 | | |
| **2017 NISSAN ROGUE** | | | **2017 NISSAN ROGUE** | | |
| Vehicle ID No. JN1BJ1CP5HW029512 | | | Vehicle ID No. JN1BJ1CP5HW029512 | | |
| **Policy Number** | **Effective Date** | **Expiration Date** | **Policy Number** | **Effective Date** | **Expiration Date** |
| ███████-17 | 03/26/22 | 09/26/22 | ███████17 | 03/26/22 | 09/26/22 ✓ |
| **Insured(s)** Kari Lynn Kontor | | | **Insured(s)** Kari Lynn Kontor | | |
| | | **GEICO.** | | | **GEICO.** |
| FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE | | | FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE | | |
| 2017 NISSAN ROGUE | | | 2017 NISSAN ROGUE | | |
| **Additional Drivers** | | | **Additional Drivers** | | |

# EXHIBIT "B"



Motor Vehicle Division
15-1016 R10/21

Uncertified Arizona Motor Vehicle

6/5/2022

| Plate | Plate Type | Plate Status | VIN |
|---|---|---|---|
| 9CA2BH | Standard | Active | JN1BJ1CP5HW029512 |

| Year | Make | Model | Style |
|---|---|---|---|
| 2017 | Nissan | Rogue Sport | Station Wagon 4 Dr |

| Factory List Price | Fuel Type | Odometer Reading | Odometer Code |
|---|---|---|---|
| 21420 | Gasoline | 67256 | Actual |

| GVW | SAR Start | SAR End | SAR Weight |
|---|---|---|---|
|  |  |  |  |

| Registration Use | First Registered | Expiration Date | Date Registration Renewed |
|---|---|---|---|
| Regular | 4/2017 | 5/31/2023 |  |

| Title Number | State Issued | Title Issued Date | Title Indicator | Title Status |
|---|---|---|---|---|
|  |  |  |  |  |

| Date of Sale | Received Date |
|---|---|
|  |  |

| De-Insure Start Date | End Date | Certificate Received Date | Reason |
|---|---|---|---|
|  |  |  |  |

| Permit Type | Number | Issue Date | Exp Date | Status | Weight |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |



15-1016 R10/21

**Owner(s)**

12318287 Kari Lynn Kontor 18440 N 68th St Apt 4054, Phoenix, AZ 850549154 Owner

**Lienholder(s)**

NONE

**Additional Information**



Uncertified Arizona Motor Vehicle Record as of: 8/22/2022

| Plate | Plate Type | Plate Status | VIN |
|---|---|---|---|
| 9CA2BH | Standard | Active | JN1BJ1CP5HW029512 |

| Year | Make | Model | Style |
|---|---|---|---|
| 2017 | Nissan | Rogue Sport | Station Wagon 4 Dr |

| Factory List Price | Fuel Type | Odometer Reading | Odometer Code |
|---|---|---|---|
| 21420 | Gasoline | 67256 | Actual |

| GVW | SAR Start | SAR End | SAR Weight |
|---|---|---|---|
| 3148 | | | 0 |

| Registration Use | First Registered | Expiration Date | Date Registration Renewed |
|---|---|---|---|
| Regular | 4/2017 | 05/31/2023 | |

| Title Number | State Issued | Title Issued Date | Title Indicator | Title Status |
|---|---|---|---|---|
| | | | | |

| Date of Sale | Received Date |
|---|---|
| | |

| De-Insure Start Date | De-Insure End Date | Certificate Received Date | Reason |
|---|---|---|---|
| | | | |

No Permits Available

## Owner(s)

12318287 Kari Lynn Kontor 18440 N 68th St Apt 4054, Phoenix, AZ 850549154

## Mailing Address

18440 N 68th St Apt 4054, Phoenix, AZ 850549154

## Domicile Address

## Lienholder(s)

## Additional Information

# EXHIBIT "C"

Home > What's My Car Worth > Category & Style > Options > Offer Options > Condition > **S Sport Utility 4D**

Advertisement

My Car's Value

**2017 Nissan Rogue Sport S Sport Utility 4D** 4.3 ★ (47 Ratings)

Print

VIN: **JN1BJ1CP5HW029512**

Edit options Write a review

**Can You Save on Car Insurance?**
Compare rates on KBB.com →

Repair Estimator: **See Pricing**
What's a fair price? →

# 1 Compare Your Values

Instant Cash Offer | Trade-in | **Private Party** | Donate Your Car

Private Party Range
**$13,757 - $15,656**
Private Party Value
**$14,707**

ⓘ Important info & definitions

**Factors That Impact Value**

